# Order

Michigan Supreme Court
Lansing, Michigan

November 30, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

146119 & (69)
146120

AFSCME LOCAL 25, AFSCME LOCAL
101, AFSCME LOCAL 409 and AFSCME
LOCAL 1659,
          Plaintiffs/Counter-Defendants,
and

MICHIGAN AFSCME COUNCIL 25,
          Intervening Plaintiff/Counter-
          Defendant-Appellant,

v

COUNTY OF WAYNE,
          Defendant/Counter-Plaintiff-
          Appellee,
and

WAYNE COUNTY CHIEF EXECUTIVE
OFFICER,
          Defendant-Appellee.
_____

SC:    146119, 146120
CoA:   306414,0306415
Wayne CC: 10-012269-CZ

On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2012

Clerk